

# MANDATE

# Court of Appeals
# First District of Texas

NO. 01-13-00812-CV

BRIGHTWATER HOMEOWNERS ASSOCIATION, Appellant

V.

FABIAN A. BACA AND MARIELA BACA, Appellees

Appeal from the 268th District Court of Fort Bend County.
(Tr. Ct. No. 13-DCV-203592).

**TO THE 268TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 4th day of November 2014, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 2, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment denying foreclosure of appellant Brightwater Homeowners Association's assessment lien. Accordingly, the Court **reverses** the portion of the trial court's judgment denying foreclosure of appellant Brightwater Homeowners Association's assessment lien and **remands** the case to the trial court to issue an order of foreclosure.
>
> The Court **orders** that the appellees, Fabian A. Baca and Mariela Baca, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 4, 2014.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in

this behalf and in all things to have it duly recognized, obeyed, and executed.

January 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

